**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

IN RE: *GONZALEZ LOPEZ JORGE ENRIQUE*
   *aka JORGE ENRIQUE GONZALEZ LOPEZ*

BK. CASE # *10-10853*

CHAPTER 13

DEBTOR(S)

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty-eight (28) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty-one (21) days from its ontification. **This plan does not allow claims. Any party entitled to receive disbursements form the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and/or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan.** See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee [✓] directly [ ] by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
[ ] 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debotr(s) is entered.

**PLAN DATED:** *DECEMBRE 23, 2010*   [ ] **AMENDED PLAN DATED:**
[✓] PRE   [ ] POST-CONFIRMATION     FILED BY [ ] DEBTOR [ ] TRUSTEE [ ] UNSECURED

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ 500.00 | x | 3 | = | 1,500.00 |
| $ 1,500.00 | x | 57 | = | 85,500.00 |
| $ | x | | = | |
| $ | x | | = | |
| $ | x | | = | |
| TOTAL | = | 60 | | 87,000.00 |

Additional Payments:
$ *60,000.00* to be paid as LUMP SUM within *12-2014* with proceeds to come from
[ ] Sale of property identified as follows:
_____
[✓] Other: *SALE OF PROPERTY, WILLIAM JONES 497, URB. MONTE FLORES, COURT TO*

Periodic Payments to be made other than, and in addition to the above.
$ _____ x _____ = _____
To be made on:

**PROPOSED PLAN BASE:** $ *147,000.00*

### II. ATTORNEY'S FEES
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ *5,000.00*
b. Fees Paid (Pre-petition): $ *500.00*
c. R 2016 Outstanding balance: $ *4,500.00*
d. Post Petition Additional Fees: $ *0.00*
e. Total Compensation: $ *5,000.00*

Signed: */s/ GONZALEZ LOPEZ JORGE ENRIQUE*
DEBTOR

_____
JOINT DEBTOR

\* See Attached Continuation Sheet for Additional Information
ATTORNEY FOR DEBTOR: *WILLIAM DAVILA DE PEDRO*   PHONE: *787 753-2368*

### II. DISBURSEMENT SCHEDULE SEQUENCE

**A. SECURED CLAIMS**
[ ] Debtor represents that there are no secured claims.
[✓] Secured creditors will retain their liens and shall be paid as follows:

ADEQUATE PROTECTION PAYMENTS CR *TOYOTA CREDIT PR* $ *100.00*

[✓] Trustee will pay secured ARREARS:
Cr. *FIRSTBANK*   Cr. *SCOTIABANK #6758*   Cr. _____
# *2079*          # *6758*                 # _____
$ *65,000.00*     $ *1,614.16*             $ _____

[✓] Trustee will pay IN FULL Secured Claims
Cr. *CRIM#8901*   Cr. *TOYOTA CREDIT PR*   Cr. _____
$ *16,451.24*     $ *10,400.00*            $ _____

[ ] Trustee will pay VALUE OF COLLATERAL
Cr. _____   Cr. _____   Cr. _____
$ _____     $ _____     $ _____

[✓] Secured Creditor's interest will be insured.  **INSURANCE POLICY** will be paid through plan:
Cr. *TOYOTA CREDIT* / *EASTERN AMERICAN INS.* Premium: $ _____
**(Please indicate in "Other Provisions" the insurance coverage period)**

[ ] Debtor SURRENDERS COLLATERAL to Lien Holder: _____
[✓] Debtor will maintain REGULAR PAYMENTS DIRECTLY to: START *2-2011*
*ANTONIA OLIVER, BANCO POPULAR DE PR, FIRSTBANK, SCOTIABANK #3179*

**B. PRIORITIES** The Trustee will pay §507 priorities in accordance with the law. [§1322 (a)(2)]
[✓] *DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE*

**C. UNSECURED PREFERRED:** Plan [ ] Classifies  [✓] Does not Classify Claims.
[ ] Class A:  [ ] Co-Debtor Claims /  [ ] Paid 100% /  [ ] "Pay Ahead": _____
[ ] Class B.  [ ] Other Class: _____
Cr. _____   Cr. _____   Cr. _____
$ _____     $ _____     $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ _____ )
[ ] Will be paid 100% plus _____ % Legal Interest. [✓] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**
Executory Contract          DECISION
*AUT FINANCIAMIENTO VIVIENDA PU*   *Assumed*
*FRANCISCO SANTILLANA*             *Assumed*
*JOSE A CASTILLO*                  *Assumed*
*JOSE LOPEZ MUNOZ*                 *Assumed*

# CHAPTER 13 PAYMENT PLAN
## (Continuation Sheet)

### II DISBURSEMENT SCHEDULE

**B.** SECURED CLAIMS

6. [X] Debtor Otherwise maintains regular payments directly to:
   *SCOTIABANK #3179, SCOTIABANK #6758*

OTHER PROVISIONS

| Executory Contract | DECISION |
|---|---|
| *JOSUE RODRIGUEZ* | *Assumed* |
| *MUNICIPIO SAN JUAN VIVIENDA PU* | *Assumed* |
| *WILFREDO FIGUEROA COLON* | *Assumed* |

*ATTORNEY'S FEES TO BE PD. TOGETHER WITH ADEQUATE PROTECTION PAYMENTS.*

*ADEQ. PROTECTION TO TOYOTA CREDIT $100.00 X 6;*

*NO EMA PAYMENTS*

*\*\*\*DEBTOR TO COMMENCE MAKING DIRECT PAYMENTS ON 2-2011 TO: FB #2079, $6500.; BPPR #3204,$650.; ANTONIA OLIVER (MORTG. NOTE), $1,000.; SCOTIABANK #3179, $582.; SCOTIABANK #6758, $883.00;*

*\*\*\*DEBTOR'S INCOME IS EXPECTED TO INCREASE BY 2-2011 TO $6,656.00 FROM RENTS TO BE RCVD.; CONTRACTS LISTED IN SCHED. "G"; ALTHOUGH AT PRESENT DEBTOR ONLY RECEIVES FROM RENTS $1,481.00; THEREFORE HE CANNOT COMMENCE MAKING POST-PETITION MORTGAGE PAYMENTS UNTIL 2-2011 WITH MONIES TO BE RCVD. FROM RENTS.*
*\*\*\*BPPR MORTGAGE #3204 TO BE SATISFIED BY 12-2014 UPON SALE OF PROPERTY, DIRECTLY BY DEBTOR ; DEBTOR TO MAINTAIN REGULAR DIRECT PAYMENTS UNTIL SATISFACTION OF LIEN. COURT TO RETAIN JURISDICTION OF SALE.*

*TAX REFUNDS TO BE PD. TO PLAN; IF DEBTOR NEEDS TO USE TAX REFUNDS COURT AUTHORIZATION TO BE REQUESTED PRIOR TO USE. PLAN BASE SHALL BE DEEMED AMENDED BY FUNDS RCVD. WITHOUT FURTHER NOTICE.*