STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JORGE ENRIQUE GONZALEZ LOPEZ

Case No. 10-10853-SEK

Chapter 13    Attorney Name: WILLIAM DAVILA DE PEDRO*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [ ] Present | [✓] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: February 17, 2011
Time: 10:22   Track: N/R
[✓] This is debtor(s) 1ST. Bankruptcy filing.
Liquidation Value: TBD
Creditors
CRIM - B. Vera; M. Sanchez - Honey
Express; Herrer - BPPR
N. Cruz - Antonia Oliver

## II. Oath Administered
[ ] Yes    [✓] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _____ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting    [ ] Closed    [✓] Not Held    [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[✓] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[✓] No provision for secured creditor(s)
Scotia - arrears PDC(s)
_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete    [ ] Missing
   [ ] Fails commitment period    [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing    [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:
_____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JORGE ENRIQUE GONZALEZ LOPEZ

Case No. 10-10853-SEK

Chapter 13    Attorney Name: WILLIAM DAVILA DE PEDRO*

## VI. Plan (Cont.)

Date: December, 23, 2010  Base $ 147,000.00  [X] Filed   Evidence of Pmt shown: _____
Payments _2_ made out of _2_ due.  [ ] Not Filed

## VII. Confirmation Hearing Date: January, 14, 2011

## VIII. Attorney's fees as per R. 2016(b)
$5,000.00 - $ 500.00 = $ 4,500.00

## IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[X] Business Documents
    [X] Monthly reports for the months
    3 months
[ ] Public Liability Insurance
    [ ] Premises _____
    [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

## COMMENTS

1) As per evidence of income submitted rent income is $2,399 not $6,656 — debtor to clarify. 2) Provide bank statements and a summary of income deposited in bank statements; 3) Trustee will file MTD undue delay prejudicial to creditors, plan + case is not ready for confirmation.

Debtor requested the call of meeting of creditors

Trustee/Presiding Officer

Date: February 17, 2011
(Rev.