IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-10853(SEK) |
|---|---|
| JORGE E GONZALEZ LOPEZ<br>DEBTOR | CHAPTER 13 |

MOTION FOR DISMISSAL

TO THE HONORABLE COURT:

**NOW COMES** Scotiabank de Puerto Rico, through counsel, and most respectfully **STATES** and **PRAYS:**

1. Instant petition was filed on November 18, 2010.

2. On December 21, 2010, appearing party filed a secured proof of claim which is incorporated by reference.

3. As of the filing of the Bankruptcy petition Debtor was 6 payments of $582.00 in arrears with respect to the mentioned note. Total pre-petition arrears $7,989.54. See Proof of Claim for statement of account.

4. Debtor is now 3 post-petition payments in arrear as of filing of this motion. Total post-

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

petition arrears $1,811.73. See Unsworn Statement attached.

5. Failure to make post-petition payments constitute cause for dismissal under 11 U.S.C. 1307(4).

6. Dismissal of instant petition is beneficial to creditors and parties in interest.

7. Enclosed Statement under Service Members Act for debtor.

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Please take notice that unless a party in interest files an objection to this Request for Dismissal and request a hearing in writing with the Clerk of the Court, and serves with copy to the undersigned attorney within **THIRTY (30) DAYS** from the date of this Notice, the Dismissal may be approved by the Court without further notice or hearing. If the party in interest concurs with the above Dismissal, no action need be taken.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED and that instant matter be dismissed,

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

with such further relief as is deemed appropriate under the circumstances.

**I CERTIFY** that copy of this Notice was sent via first class mail to all creditors and parties in interest, as per enclosed master address list.

In San Juan, Puerto Rico, this \_\_11\_\_ day of March, 2011.

Wallace Vazquez Sanabria-125101
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: walvaz@prtc.net

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-10853-SEK13<br>District of Puerto Rico<br>Old San Juan<br>Thu Mar 10 13:53:34 AST 2011 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN, PR 00902-4140 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| PR DEPARTMENT OF LABOR<br>PRUDENCIO RIVERA MARTINEZ BLDG<br>505 MUNOZ RIVERA AVENUE<br>12 FLOOR<br>SAN JUAN, PR 00918 | SCOTIABANK PR<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET SUITE D 1<br>SAN JUAN, PR 00917-2202 | US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |
| US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ANTONIA OLIVER<br>URB MAYAGUEZ TERA<br>5003 CALLE SAN GERARDO<br>MAYAGUEZ PR 00682-6628 | BANCO POPULAR DE PR<br>BANKRUPTCY DIVISION<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 |
| CITICARD<br>PO BOX 183070<br>COLUMBUS OH 43218-3070 | CRIM<br>BANKRUPTCY DIVISION<br>PO BOX 195387<br>SAN JUAN PR 00919-5387 | DEPARTMENT OF TREASURY<br>BANKRUPTCY DIVISION<br>PO BOX 9022501<br>SAN JUAN PR 00902-2501 |
| FIRST BANK OF PR<br>P O BOX 9146<br>SAN JUAN PR 00908-0146 | FIRSTBANK<br>BANKRUPTCY DIVISION<br>PO BOX 11865<br>SAN JUAN PR 00910-3865 | GONZALEZ LOPEZ JORGE ENRIQUE<br>1807 AVE PONCE DE LEON<br>PDA 26<br>SANTURCE PR 00909-1954 |
| HOME DEPOT<br>PO BOX 3800<br>CAROLINA PR 00984-3800 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MONEY EXPRESS<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 |
| SAMS CLUB<br>PO BOX 530942<br>ATLANTA GA 30353-0942 | SAMS DISCOVER CLUB<br>PO BOX 960013<br>ORLADO FL 32896-0013 | SCOTIABANK DE PR<br>BANKRUPTCY DIVISION<br>PO BOX 362649<br>SAN JUAN PR 00936-2649 |
| SCOTIABANK DE PUERTO RICO<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | SEARS CARD<br>BANKRUPTCY DIVISION<br>PO BOX 6923<br>THE LAKES NV 88901-6923 | TOYOTA CREDIT PR<br>BANKRUPTCY DIVISION<br>PO BOX 366251<br>SAN JUAN PR 00936-6251 |
| WILLIAM DAVILA DE PEDRO<br>420 PONCE DE LEON<br>MIDTOWN SUITE 311<br>SAN JUAN PR 00918-3403 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | EMILY D DAVILA RIVERA<br>LAW OFFICE WILLIAM DAVILA DE PEDRO<br>420 PONCE LEON MIDTOWN SUITE 311<br>SAN JUAN, PR 00918-3403 |
| FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | JORGE ENRIQUE GONZALEZ LOPEZ<br>1807 AVE PONCE DE LEON<br>PDA 26<br>SANTURCE, PR 00909-1954 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |

WILLIAM DAVILA DE PEDRO
WILLIAM DAVILA DE PEDRO LAW OFFICE
420 PONCE LEON MIDTOWN BLDG
SUITE 311
SAN JUAN, PR 00918-3403

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA  19114

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30

BUFETE: WALLACE VAZQUEZ SANABRIA

## UNSWORN STATEMENT
## UNDER PENALTY OF PERJURY

The undersigned hereby certifies the following under penalty of perjury:

**Debtor(s):** JORGE E GONZALEZ LOPEZ

**Loan No.:** 000001423179

**Bankruptcy No.:** 10-10853

| Post-petition arrears: | ( 3) | months at | $582.00 | = | $1,746.00 |
|---|---|---|---|---|---|
| | ( 3) | L/C | $21.91 | = | $65.73 |

**Current principal:** $43,842.06

Name: _____
Legal Division

Date: March 7, 2011

Department of Defense Manpower Data Center

Mar-10-2011 09:57:55



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| GONZALEZ-LOPEZ | JORGE E | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:2BA9PGBRO2